Rene L. Valladares
Federal Public Defender
Nevada Bar No. 11479
*Christian Lassiter
Assistant Federal Public Defender
New York No. 4836953
411 E. Bonneville Ave., Ste. 250
Las Vegas, NV 89101
(702) 388-6577
Christian_Lassiter @fd.org

*Attorney for Petitioner Juan Reyes-Alvarez

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Juan Reyes-Alvarez,<br><br>              Petitioner,<br><br>     v.<br><br>Chief Counsel for the District of Nevada, *et al.*,<br><br>              Respondents. | Case No. 2:26-cv-00561-JAD-DJA<br><br>**Stipulation to Extend Time to File Amended Petition (First Request)**<br><br>[ECF No. 9] |

2

Petitioner Juan Reyes-Alvarez and Respondents, Chief Counsel for the District of Nevada, *et al.*, through undersigned counsel, hereby submit this Stipulation for an extension of time for Petitioner to file an amended petition for writ of habeas corpus, moving the deadline to April 8, 2026.

This extension is warranted because counsel for Mr. Juan Reyes-Alvarez, Assistant Federal Public Defender Christian Bryan Lassiter, needs to further investigate the background of a potential claim for Mr. Juan Reyes-Alvarez, as well as unexpected and urgent travel for Mr. Lassiter. As a result, undersigned counsel is requesting this first and only extension in pursuit of fully investigating the merits of every claim for Mr. Reyes-Alvarez.

Currently, the amended petition is due today, March 25, 2026, two weeks from the filing of a notice of readiness by undersigned counsel on March 11, 2026. This is the first stipulation for an extension of time for the amended petition. This two-week extension would allow undersigned counsel to meet further with Mr. Reyes-Alvarez, obtain relevant information from his family, and file the amended petition in accordance with the original intent of the first scheduling order.

On March 24, 2026, undersigned counsel conferred with counsel for Respondents, Assistant United States Attorney Martin Mayer. Mr. Mayer agreed to this amended briefing schedule.

Accordingly, the parties respectfully request that the Court approve this stipulation and extend the deadline for Mr. Reyes-Alvarez to file an amended petition to April 8, 2026. Additionally, Respondents will have two weeks to respond

to the amended petition, on or before April 22, 2026. Finally, Petitioner must reply to the Respondents' Response by April 29, 2026.

Respectfully submitted this 25th day of March, 2026.

| | |
|---|---|
| TODD BLANCHE | RENE L. VALLADARES |
| Deputy Attorney General of the United States | Federal Public Defender |
| SIGAL CHATTAH, First Assistant | |
| United States Attorney | |

/s/ *Martin J. Mayer*                            /s/ *Christian Lassiter*

Martin Mayer                                        Christian Lassiter
Special Assistant United States Attorney            Assistant Federal Public Defender

## ORDER

With good cause appearing, IT IS HEREBY ORDERED that the parties' stipulation [ECF No. 9] is GRANTED.  The amended petitioner is now due April 8, 2026.  The response is due April 22, 2026, and the reply is due by April 29, 2026.

_____
UNITED STATES DISTRICT JUDGE

DATED: March 25, 2026

4