TODD BLANCHE
Acting Attorney General
SIGAL CHATTAH
First Assistant United States Attorney
District of Nevada
Nevada Bar Number 8264
MARTIN J. MAYER
Special Assistant United States Attorney
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Fax: (702) 388-6787
Martin.Mayer@usdoj.gov
*Attorneys for the Federal Respondents*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Juan Reyes-Alvarez, | Case No. 2:26-cv-00561-JAD-DJA |
| Petitioner, | **Joint Stipulation to Stay Case** |
| v. | |
| Chief Counsel for the District of Nevada, *et al.*, | [ECF No. 12] |
| Respondents. | |

Petitioner Juan Reyes-Alvarez and Federal Respondents hereby stipulate to stay this case for 90 days, until and including July 7, 2026, as follows:

Upon a review of the facts surrounding Mr. Reyes-Alvarez's detention and underlying immigration case, Petitioner's Counsel requires time to further investigate Mr. Reyes-Alvarez's case, obtain the entirety of Mr. Reyes-Alvarez's immigration and court files, and review the entire record concerning Mr. Reyes-Alvarez's custody. An initial review of Mr. Reyes-Alvarez's case revealed complex legal issues that need further investigation, including an inspection of numerous audio recordings and hearing transcripts.

Additionally, given the procedural posture of Mr. Reyes-Alvarez's underlying immigration case, the parties also request time to wait for further developments concerning Mr. Reyes-Alvarez's appeal. Were this petition to proceed at the current date, Mr. Reyes-Alvarez would be forced to make legal arguments without a full record at his disposal.

Special Assistant United States Attorney Martin Mayer and Assistant Federal Public Defender Christian Lassiter spoke on April 8, 2026. Both parties agreed to stay this matter for 90 days in pursuit of the above-mentioned investigation and review of the entire record.

Accordingly, the parties hereby respectfully request that this matter be stayed until July 7, 2026.

Respectfully submitted this 8th day of April 2026.

| | |
|---|---|
| Rene L. Valladares<br>Federal Public Defender | TODD BLANCHE<br>Acting Attorney General<br>SIGAL CHATTAH<br>First Assistant United States Attorney |
| */s/ Christian Lassiter*<br>Christian Lassiter<br>Assistant Federal Public Defender<br>New York No. 4836953<br>411 E. Bonneville Ave., Ste. 250<br>Las Vegas, NV 89101<br>(702) 388-6577<br>Christian_Lassiter @fd.org | */s/ Martin J. Mayer*<br>MARTIN J. MAYER<br>Special Assistant United States Attorney<br>*Attorneys for the Federal Defendants* |

## ORDER

With good cause appearing, IT IS HEREBY ORDERED that the stipulation to stay this case [ECF No. 12] is GRANTED.  This case is **STAYED** until July 7, 2026.  Reyes-Alvarez's amended petition is now due on July 12, 2026.

_____
UNITED STATES DISTRICT JUDGE

DATED: April 8, 2026

2